CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Harris, et al.

_____
Plaintiff(s)

Civil Action No.: 06CV-00732 _____

vs.

Socialist People's Libyan Arab Jamahiriya, et al.

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

JAMAHIRIYA SECURITY ORGANIZATION
Serve: Foreign Minister Abdel Rahman Shalgham
Foreign Ministry
Tripoli, Libya

SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya)
Serve: Foreign Minister Abdel Rahman Shalgham
Foreign Ministry
Tripoli, Libya

by: (check one)    ☐    registered mail, return receipt requested
                   ☑    ~~DHL~~ Federal Express - EBM

pursuant to the provisions of: (check one)
                   ☐    FRCP 4(f)(2)(C)(ii)
                   ☑    28 U.S.C. § 1608(a)(3)
                   ☐    28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country):
Socialist People's Libyan Arab Jamahiriya (Libya) _____, and that I obtained this information by
contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven R. Perles (DC Bar # 326975)
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036
(Name and Address)