# FedEx International Air Waybill
For FedEx services worldwide

/0000&/0025/0033448668/3

**1 From** *Please print and press hard.*

Date: 7/7/06
Sender's FedEx Account Number: 1590-0137-7
Sender's Name: STEVEN PERLES
Company: THE PERLES LAW FIRM
Phone: 202 955-9055
Address: 1146 19TH ST NW FL 5
City: WASHINGTON
State/Province: DC
ZIP/Postal Code: 20036-3703
Country: USA

**2 To**
Recipient's Name: Foreign Minister Abdel Rahman Shalgam
Company: Ministry of Foreign Affairs
Address: [blank]
City: Tripoli
Country: Libya

**3 Shipment Information**
Commodity Description: Documents

**4 Express Package Service** — ☒ FedEx Intl. Priority

**7a Payment** — ☒ Sender

FedEx Tracking Number: 8546 5447 4527

Your Internal Billing Reference: 1050

Sender's Signature: [signed]

Form ID No. 0402