UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KATHERINE GERTRUDE HARRIS,** et al. | : : : | |
| **Plaintiffs** | : : | |
| V. | : : | Civil Action No. 06-00732 (RWR) |
| **SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA,** et al. | : : : : | |
| **Defendants** | : : | |

### NOTICE REGARDING SERVICE

On July 7, 2006, the Clerk of the Court certified the contents of two service of process packages, with all the required contents, in the above-noted actions for delivery to the Defendant foreign state under the prescriptions of 28 U.S.C. § 1603(a)(3). On the same day, Federal Express took receipt of the packages for delivery to the Defendants. Federal Express told counsel for Plaintiffs that they could expect delivery to accomplished by late evening Monday, July 10.

On Wednesday, July 13, Carolyn Harris, an international tracing specialist for Federal Express, informed our office that the package had been lost since Sunday, July 9. Counsel for Plaintiffs therefore requested the Clerk of the Court to certify two new service of process packages for the above-noted cases for delivery to the Defendant foreign state under the prescriptions of 28 U.S.C. § 1603(a)(3). The Clerk of the Court certified the contents of the two new service of process packages, with all the required contents, in the above-noted actions for delivery to the Defendant foreign state under the prescriptions of 28 U.S.C. § 1603(a)(3). Counsel then called Federal Express on two

separate occasions to take receipt of the packages for delivery to Tripoli. Federal Express failed to pick-up the second set of service packages.

On July 17, 2006, Federal Express notified counsel the first set of service packages had been delivered to and signed for by Defendants in Tripoli on July 6, 2006. Counsel subsequently provided proof of service to the Clerk of the Court.

The Federal Express failed to pick-up the second set of packages for delivery, despite two calls from counsel's office directing Federal Express to do so. The service of the first set of packages upon Defendants renders the second set of packages superfluous.

**Date: July 27, 2006**                                Respectfully submitted,

*/s/ Steven R. Perles*_____
Steven R. Perles      (D.C. Bar# 326975)
Edward MacAllister   (D.C. Bar# 494558)
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036
202.955.9055
202.955.3806 (facsimile)


HANLY     CONROY     BIERSTEIN
SHERIDAN FISHER & HAYES LLP


Jayne Conroy, Esq. (DC Bar No. 451475)
Paul J. Hanly, Jr., Esq.
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400 (Main)
(212) 784-6402 (Direct)
(212) 784-6420 (Facsimile)
E-mail: jconroy@hanlyconroy.com

*Attorneys for Plaintiffs*