FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



CA-06-707  
CA-06-732

July 17, 2006

EDWARD MCCALLISTER  
(202) 955-3806

Dear EDWARD MCCALLISTER:

Our records reflect the following delivery information for the shipment with the tracking number 854654474527. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

   Signed For By:   O.ALMGRBE

   Delivered to:

   Delivery Date:   July 16, 2006

   Delivery Time:   10:05 AM

Shipping Information:

Shipment Reference Information: 1050

| | | | |
|---|---|---|---|
| Tracking No: | 854654474527 | Ship Date: | July 07, 2006 |
| Shipper: | STEVEN PERLES<br>THE PERLES LAW FIRM<br>1146 19TH ST NW FL 5<br>1146 19TH ST NW FL 5<br>WASHINGTON, DC 200363703<br>US | Recipient: | ABDEL RAHMAN SHALGBAM<br>MINISTRY OF FOREIGN<br>AFFAIRS<br>NOT GIVEN<br>NOT GIVEN<br>TRIPOLI, 234<br>LY |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R20060717002876360001

This Information is provided subject to the FedEx Service Guide.

CA-06-707
CA-06-732

**FedEx International Air Waybill**

Manifest Billing Copy

**1 From**
Date:
Sender's Name: STEVEN PERLES
Company: THE PERLES LAW FIRM
Phone: 202 955-9055
Sender's FedEx Account Number: 1520-0137-1
Address: 1146 19TH ST NW FL 5
City: WASHINGTON
State/Province: DC
ZIP: 20036

**2 To**
Recipient's Name: Foreign Minister Abdel Rahman Shalgam
Company: Ministry of Foreign Affairs
Address: November 7 Street
City: Tripoli
Country: Libya

**3 Shipment Information**
Total Packages: 1
Total Weight: 1 lbs
Commodity Description: documents

**4 Express Package Service**: FedEx Intl. Economy

**5 Packaging**: FedEx Box

**7a Payment**: Sender

FedEx Tracking Number: 8546 5447 4550
URSA Routing: 0402