AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

KARIN GERTRUDE HARRIS, ET AL,

        Plaintiff(s)  )  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER 06-CV-732 (RWR)
THE SOCIALIST PEOPLE'S LIBYAN  )
ARAB JAMAHIRIYA, ET AL,  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  ARMAN DABIRI  as counsel in this
(Attorney's Name)

case for: SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA & JAMAHIRIYA SECURITY ORGANIZATION
(Name of party or parties)

AUGUST 31, 2006
Date

*[signature]*
Signature

463351
BAR IDENTIFICATION

ARMAN DABIRI
Print Name

1725 I STREET, N.W., SUITE 300
Address

WASHINGTON, D.C. 20006
City    State    Zip Code

(202)349-3893  ARMANDAB@WORLDNET.ATT.NET
Phone Number