## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARIN GERTRUDE HARRIS, *ET AL.*, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Case No: 06-732 (RWR) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The consent motion of defendants, The Socialist People's Libyan Arab Jamahiriya and The External Security Organization, for an extension of time to respond, is **GRANTED**.

The date of October 6, 2006 is set for the defendants' responsive pleading to plaintiffs' complaint.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2006