**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KARIN GERTRUDE HARRIS, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No: 06-732 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR DEFERRAL OF**
**DATE FOR DEFENDANTS' RESPONSE**

Plaintiffs and defendants (the "parties") jointly move for a deferral of the date for defendants' filing of a responsive pleading.

The parties continue the process of exploratory talks to determine if it may be possible to resolve the issues in this case by means other than continuing this litigation. In order to provide time for the parties to reach a positive resolution, the parties jointly request and extension, until November 10, 2006, for Libya to file a responsive pleading to plaintiffs' complaint.

Counsel for plaintiffs Steve Perles, Esq., has authorized counsel for defendants to file this joint motion.

**WHEREFORE**, the parties request that the instant motion be granted in all respects and the date of November 10, 2006 be set for Libya's responsive pleading to plaintiffs' complaint. A proposed order is attached hereto.

Dated:     October 18, 2006

Respectfully Submitted,

   //s//
Arman Dabiri
Law Offices of Arman Dabiri &
        Associates, PLLC
1725 I Street, N.W.
(202) 349-3893
Washington, D.C. 20006
E-mail: armandab@worldnet.att.net

*Counsel for Defendants*