## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARIN GERTRUDE HARRIS, *ET AL.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No: 06-732 (RWR) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The joint motion of defendants and plaintiffs for deferral of defendants' time to file a responsive pleading to plaintiffs' complaint, is **GRANTED**.

The date of November 30, 2006 is set for the defendants' responsive pleading to plaintiffs' complaint.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2006