# EXHIBIT A



الجماهيرية العربية الليبية
الشعبية الاشتراكية العظمى

اللجنة الشعبية العامة للعدل
والأمن العام
ادارة القانون

رقم الملف : ع ج ق /17/ 49
التاريخ: 20 / 2 / 1370 و ر
الموافق: 20 / 2 / 2002 ف مسيحية

الأخ / رئيــــس إدارة القضايــا
بعد التحية ،،،،

إيماءاً إلى كتابكم رقـم أ – ق – 1 – 10 – 70 المـــؤرخ في 28 / 1 / 2002 ف المرفق به كتاب الأخ المستشار القانونى لجهاز الأمن الخارجى بتاريخ 31 / 12 / 2001 ف والمتعلق بالاستفسار عن مدى تمتع هيئة الأمن الخارجى بالشخصية الإعتبارية المستقلة من عدمه .

وردًا على ذلك نفيد :-

إن المادة الأولى من القانون رقم 75 لسنة 76 ف بشأن هيئة أمن الجمهورية نصت على أن " تنشأ هيئة عامة مستقله تسمى ( هيئة أمن الجمهورية ) تكون لها الشخصية الإعتبارية ، وتلحق بمجلس قيادة الثورة " .

ونصت المادة الأولى من القانون رقم 4 لسنة 84 ف بإنشاء اللجنـة الشعبيـة العامـة للأمـن الخـارجى على أن " إســتثناء مــن أحكـــام القانــون رقــم 13 لسنــة 1981 ف بشأن اللجان الشـعبية تنشـأ لجنـة شــعبية عامــة نوعيــة تسمى ( اللجنة الشعبية العامة للأمن الخارجي ) تتبع اللجنة الشعبية العامة " .

كما نصـت المــادة الرابعــة من ذات القانون على أن " تلحـق هيئـة أمن الجماهيرية المنشأة بالقانون رقم 75 لسنة 76 ف ، باللجنـة الشعبيـة العامة للأمن الخارجي وتكون الجهاز التنفيذى لهذه اللجنة .

وتمارس اللجنة كافة الاختصاصات والمهام الأمنية المسندة إلى هيئة أمن الجماهيرية وتصدر اللجنة الشعبية العامة اللوائح والقرارات اللازمة لإعادة تنظيم الهيئة بناء

بشأن هيئة أمن الجماهيرية والقانون رقم 4 / 84 بإنشاء اللجنة الشعبية العامة للأمن الخارجي وغيرهما من التشريعات الأخرى النافذة .

وبمطالعة ما تقدم من نصوص يبين أن هيئة أمن الجماهيرية قد أنشئت بموجب القانون رقم 75 لسنة 76 ف كهيئة عامة مستقلة وقد منحت لها الشخصية الإعتبارية المستقلة وألحقت بمجلس قيادة الثورة ثم ألحقت باللجنة الشعبية العامة للأمن الخارجي بموجب القانون رقم 4 لسنة 1984 الذى أعتبرها الجهاز التنفيذى لتلك اللجنة حيث أنيطت بهذه اللجنة ممارسة كافة الصلاحيات والمهام التى كانت مسندة للهيئة مما يدل على أنه بصدور القانون رقم 4 لسنة 84 المشار إليه لم يعد لهيئة أمن الجماهيرية الشخصية الإعتبارية المستقلة بسبب حلول اللجنة الشعبية العامة للأمن الخارجي محل الهيئة فيما لها من إختصاصات وصلاحيات وقد تأكد ذلك بصدور القانون رقم 2 لسنة 85 ف المشار إليه والذى ألغى كل من هيئة أمن الجماهيرية واللجنة الشعبية العامة للأمن الخارجي الذى أسند المهام والمسئوليات والإختصاصات والصلاحيات التى كانت ممنوحة لكل منهما إلى أمانة العدل ومن ثم فإن الشخصية الإعتبارية للهيئة تكون قد انقضت منذ صدور القانون المذكور فالشخصية الإعتبارية تنقضى بنفس الأسلوب الذى نشأت به ، ومما يؤكد هذا النظر أيضاً أنه قد صدر قرار اللجنة الشعبية العامة رقم 677 لسنة 1985 ف بإستحداث جهاز عام تحت مسمى جهاز الأمن الخارجى يتبع اللجنة الشعبية العامة للعدل والأمن العام وقد عُهد إليه القيام بالمهام والمسئوليات والإختصاصات والصلاحيات المنصوص عليها في القانون رقم 75 لسنة 76 ف بشأن هيئة أمن الجماهيرية والقانون رقم 4 لسنة 1984 ف بإنشاء اللجنة الشعبية العامة للأمن الخارجي بعد إلغائهما وبالإطلاع هذا القرار يبين أنه قد خلا مما يشير إلى تمتع الجهاز المنشأ بالشخصية الإعتبارية المستقلة ومن ثم فإنه يعــــدوحدة إدارية تتبع " اللجنة الشعبية العامة للعدل والأمن العام " مثله مثل باقي الأجهزة الأخرى التابعة لهذه الأمانة ولا يتمتع بالشخصية الإعتبارية لأن

على عرض من اللجنة الشعبية العامة للأمن الخارجي وذلك بما يتفق وأحكام هـذا القانون " .

كذلك نصت المادة الخامسة من ذات القانون على أن " مع عـدم الإخـلال بأحكام المادة السادسة من هذا القانون تتولى اللجنة الشعبية العامة للأمن الخـارجي إدارة هيئة أمن الجماهيرية وللجنة – في هذا الشأن – مباشـرة كافة الصلاحيـات المقررة لكل من رئيس الهيئة ونائبه في القانون رقم 75 لسنة 76 بشأن هيئـة أمـن الجماهيرية في المسائل المالية والإدارية والمسـائل المتعلقـة بشئـون الموظفـين وذلك على النحو الذي تبينه اللوائـح الـذي تصدرهـا اللجنـة الشعبيـة العامـة بنـاء علـى عـرض مـن اللجنـة الشعبيـة العامـة للأمـن الخـارجي بإعـادة تنظيـم هيئــة أمن الجماهيرية " .

ونصت المادة الأولى من القانون رقم 2 لسنة 85 ف في شأن إضافة بعض الإختصاصات إلى أمانة العدل على أن " تتولى أمانة العدل كافة المهام والمسؤليات والإختصاصات والصلاحيات التي كانت مسندة إلى كل من اللجنة الشعبية العامة للأمن الخارجي بموجب القانون رقم 4 لسنة 1984 م وهيئة أمـن الجماهيريـة بموجب القانون رقم 75 لسنة 76 ف وغيرهما من التشريعات الأخرى النافذة . "

كما نصت المادة الثالثة من ذات القانون على أن " تلغى اللجنـة الشعبيـة العامة للأمن الخارجي وهيئة أمن الجماهيرية ويلغى كل حكم في القانون رقم 75 لسنة 1976 م . والقانون رقم 4 لسنة 1984 م . المشار إليهما يتعارض مع أحكام هذا القانون . "

على إثر ذلك صدر قرار اللجنة الشعبية العامة رقم 677 لسنة 1985 ف بإنشاء جهاز الأمن الخارجي ونص في مادتـه الأولى علـى أن " ينشـأ جهاز عـام يسـمى " جهـاز الأمـن الخـارجي " يتبـع اللجنـة الشعبيـة العامـة للعـدل وتحـدد إختصاصاته وفقاً لأحكام هذا القرار ..

كما نص في المادة الثانيـة منه على أن " يعمل الجهاز على القيام بالمهـام والمسؤليات والإختصاصات والصلاحيات المنصوص عليها بالقانون رقم 75 / 76

الشخصية القانونية لا تكتسب إلا بنص صريح فى القانون أو بقرار من الجهة المختصة بذلك .

## لـــذلــــــك

ترى إدارة القانون أن جهاز الأمن الخارجى لا يتمتع بالشخصية القانونية منذ إلغاء هيئة أمن الجماهيرية بموجب القانون رقم 2 / 1985 ف وذلك على التفصيل السابق بيانه .

**والسلام عليكم ورحمة الله وبركاته ،،،،**

المستشار

الشريف الأزهرى

<u>رئيس إدارة القانون</u>





ص/ أ . الزائدى \*  ▢ / هـــناء \*\*