# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Harris, et al., <br><br> Plaintiffs <br><br> v. <br><br> SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) et al. <br><br> Defendants | CV 06-0732 (RWR) |

**PLAINTIFFS' EXPARTE MOTION FOR A 14 DAY STAY**

Plaintiffs respectfully move the Court to stay the case for another 14 days from the date of the Court's Order. The current stay expired on May 26, 2007.

Plaintiffs refer the Court to their attached Memorandum of Points and Authorities in support of their Motion.

Dated: June 4, 2007

Respectfully submitted,

**/s/ Steven R. Perles**
Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax: 202-955-3806

Counsel for Plaintiffs