# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Katherine Harris, :<br>:<br>et al., :<br>:<br>      Plaintiffs :<br>:<br>:   CV 06-0732 (RWR)<br>    v. :<br>:<br>SOCIALIST PEOPLE'S LIBYAN :<br>ARAB JAMAHIRIYA (Libya) :<br>:<br>et al. :<br>:<br>      Defendants :<br>_____: | |

**PLAINTIFFS' FED. R. CIV. P. MOTION 6(b)(2) FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION**

In the instant motion, pursuant to Fed. R. Civ. P. 6(b)(2), Plaintiffs respectfully move the Court to allow an extension of time to file Plaintiffs' Opposition (attached as Exhibit A) to Libya's Motion to Dismiss on the date of the Court's Order.

Plaintiffs refer the Court to their attached Memorandum of Points and Authorities in support of their Motion.

Dated: June 18, 2007                                  Respectfully submitted,

 

**/s/ Steven R. Perles_____**
Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW, Fifth Floor
Washington, DC  20036
Telephone:  202-955-9055
Telefax:  202-955-3806

Counsel for Plaintiffs