## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Harris, : | |
| et al., : | |
| Plaintiffs : | |
| : | CV 06-0732 (RWR) |
| v. : | |
| SOCIALIST PEOPLE'S LIBYAN : | |
| ARAB JAMAHIRIYA (Libya) : | |
| et al. : | |
| Defendants : | |

**PLAINTIFFS' MOTION TO STRIKE CERTAIN PORTIONS OF DEFENDANTS' REPLY MEMORANDUM**

Pursuant to Fed. R. Civ. P. 12(f), the Plaintiffs move to strike certain portions of Defendants' Reply Memorandum, filed on September 26, 2007. Defendants' Reply memorandum is largely composed of a single argument, regarding a statute of limitations defense, that was not raised in either the Motion to Dismiss or Plaintiffs' Opposition to the Motion to Dismiss.

The Plaintiffs refer the Court to their attached Memorandum of Points and Authorities in support of their Motion.

Dated: October 11, 2007                    Respectfully submitted,

/s/ Steven R. Perles
Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax: 202-955-3806
Counsel for Plaintiffs