## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Harris, | : |
| et al., | : |
| Plaintiffs | : |
| v. | : CV 06-0732 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| et al. | : |
| Defendants | : |

## ORDER

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2007, it is hereby **ORDERED,** that the Motion to strike the portions of Defendants' Reply Memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss that pertain to a statute of limitations defense, be and it is granted.

_____
**RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

**STEVEN R. PERLES, Esq.
1146 19th Street, NW
 Suite 500
Washington, DC 20009**

 **ARMAN DABIRI, Esq.
 1701 Pennsylvania Avenue, NW
 Suite 300
 Washington, DC 20006**