## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARIN GERTRUDE HARRIS, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No: 06-732 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court having considered plaintiffs' Motion to Strike Certain Portions of Defendants' Reply Memorandum, defendants' opposition thereto, and all relevant replies and responses, it is hereby

**ORDERED**, that plaintiffs' motion is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2007