UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Harris, : | |
| et al., : | |
|     Plaintiffs : | |
| : | CV 06-0732 (RWR) |
|     v. : | |
| SOCIALIST PEOPLE'S LIBYAN : | |
| ARAB JAMAHIRIYA (Libya) : | |
| et al. : | |
|     Defendants : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
BASED UPON CHANGE IN CONTROLLING LAW
AND FOR AN EXPEDITED DENIAL OF
DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiffs hereby move the Court for leave to amend their complaint based upon a change in controlling law and to expeditiously deny Defendants' Motion to Dismiss. On January 28, 2008 Congress recently amended the Foreign Sovereign Immunities Act ("FSIA") and created a viable and uniform claim for damages under federal law by passing the National Defense Authorization Act for Fiscal Year 2008. Pub. L. No. 110-181, § 1083 (2008). ("Defense Authorization Act"). Section 1083 of that Act amends the Foreign Sovereign Immunities Act by deleting 28 U.S.C. § 1605(a)(7), which was previously known as, the "state sponsored terrorism" exception to sovereign immunity, and under which this case was brought, and replacing it

with 28 U.S.C. § 1605A.

The Defense Authorization Act also explicitly overrules the two remaining arguments presented in Defendants' Motion to Dismiss that have not been already rejected by this Court in related actions or by the D.C. Circuit. Plaintiffs therefore respectfully request the Court deny Defendants' Motion to Dismiss.

Counsel for Defendants was consulted in accordance with the Local Rules and represented that Defendants would not consent to this Motion.

A memorandum in support and a proposed order have been filed with this Motion.


Dated: January 31, 2008              Respectfully submitted,


                                     **/s/ Steven R. Perles_____**
                                     Steven R. Perles
                                     Perles Law Firm, PC
                                     1146 19th Street, NW, Fifth Floor
                                     Washington, DC  20036
                                     Telephone:  202-955-9055
                                     Telefax:  202-955-3806

                                     Counsel for Plaintiffs