UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Katherine Harris, | : | |
| et al., | : | |
| Plaintiffs | : | |
| | : | CV 06-0732 (RWR) |
| v. | : | |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : | |
| et al. | : | |
| Defendants | : | |

**ORDER**

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion for Leave to Amend the Complaint, be and it is granted; and it is also

hereby **ORDERED,** that Defendants' Motion to Dismiss is denied.

_____
**RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

STEVEN R. PERLES, Esq.
1146 19th Street, NW
 Suite 500
Washington, DC 20009

ARMAN DABIRI, Esq.
1701 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006