

**THE WHITE HOUSE**
PRESIDENT GEORGE W. BUSH

Home > News & Policies > January 2008

For Immediate Release
Office of the Press Secretary
January 28, 2008

## President Bush Signs H.R. 4986, the National Defense Authorization Act for Fiscal Year 2008 into Law

Today, I have signed into law H.R. 4986, the National Defense
Authorization Act for Fiscal Year 2008. The Act authorizes funding for the defense of the United States and its interests abroad, for military construction, and for national security-related energy programs.

Provisions of the Act, including sections 841, 846, 1079, and 1222, purport to impose requirements that could inhibit the President's ability to carry out his constitutional obligations to take care that the laws be faithfully executed, to protect national security, to supervise the executive branch, and to execute his authority as Commander in Chief. The executive branch shall construe such provisions in a manner consistent with the constitutional authority of the President.

GEORGE W. BUSH

THE WHITE HOUSE,

January 28, 2008.

# # #