IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARIN GERTRUDE HARRIS, *ET AL.*, )<br>)<br>Plaintiffs, )<br>) <br>) <br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.,* )<br>) <br>Defendants. ) | Civil Case No: 06-732 (RWR) |

## **ORDER**

The Court, having considered plaintiffs'"Motion for Leave to File an Amended Complaint Based Upon Change in Controlling Law and for an Expedited Denial of Defendants' Motion to Dismiss, defendants' opposition thereto, and all applicable responses and replies, it is hereby

**ORDERED**, that plaintiffs' motion is **DENIED** in its entirety.

UNITED STATES DISTRICT JUDGE

Dated:_____, 2008