## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Harris, : | |
| et al., : | |
|     Plaintiffs : | CV 06-0732 (RWR) |
| v. : | |
| SOCIALIST PEOPLE'S LIBYAN : ARAB JAMAHIRIYA (Libya) : | |
| et al. : | |
|     Defendants : | |

### ORDER

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is granted; the facts establish that Defendants are clearly responsible and should be held civilly liable for the death and injuries to Plaintiffs resulting from the April 5, 1986 bombing of the La Belle Discotheque.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**