UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARIN GERTRUDE HARRIS, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-cv-00732-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRYA, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Socialist People's Libyan Arab Jamahiriya and Jamahiriya Security Organization. I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated: March 14, 2008

Respectfully submitted,

**WHITE & CASE** LLP

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel for Defendants Socialist People's Libyan Arab Jamahiriya and Jamahiriya Security Organization*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, a copy of the foregoing Notice of Appearance of Christopher M. Curran was served upon the following parties via the Electronic Case Filing ("ECF") system:

Steven R. Perles
The Perles Law Firm, PC
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036

*Counsel for Plaintiffs*

/s/ Christopher M. Curran