UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARIN GERTRUDE HARRIS, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-cv-00732-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRYA, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## ORDER

Having reviewed and considered the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization (collectively "Libya")'s Motion To Substitute Counsel And For Enlargements Of Time, and in view of Plaintiffs' consent to the enlargements of time requested, it is hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that Christopher M. Curran, Francis A. Vasquez, Jr. and Nicole E. Erb of White & Case LLP shall appear on behalf of Libya in place of Arman Dabiri, and it is further

ORDERED, that Libya shall file its response to the Amended Complaint by May 1, 2008 and to Plaintiffs' Motion for Partial Summary Judgment As To Liability by May 8, 2008.

SO ORDERED this ____ day of _____, 2008.

_____
Richard W. Roberts
United States District Judge