UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARIN GERTRUDE HARRIS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-cv-00732-RWR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA AND THE
JAMAHIRIYA SECURITY ORGANIZATION'S REPLY MEMORANDUM
IN SUPPORT OF THEIR MOTION FOR ENLARGEMENTS OF TIME**

Undersigned counsel are deeply mindful of, and sensitive to, the serious claims set forth in Plaintiffs' Amended Complaint and the harrowing events that precipitated those claims. They do not make this request for an extension of time lightly. Plaintiffs' counsel appears to concede that the requested extension would be "reasonable" but for historical delays in this case. Yet Plaintiffs' counsel also acknowledges that undersigned counsel "is in no way connected" to any historical delay strategy. Undersigned counsel represent that this request for an extension is made solely to permit them, as Libya's new counsel, to present Libya's defense in an orderly fashion. The request is not part of any delay tactic or other undisclosed agenda.

An extension of 45 days (not a "two month extension") to permit new counsel to review this case and prepare two substantive pleadings — in consultation with client representatives often through translators — is not unreasonable under the circumstances. Plaintiffs' Amended Complaint and Plaintiffs' Motion for Partial Summary Judgment on Liability (supported by 124 pages of exhibits) are substantial filings, and the responses to them will require considerable time

and effort.  The incremental prejudice to Plaintiffs is minimal given that this extension of time will permit undersigned counsel to present Libya's arguments in an orderly manner, thereby assisting the Court in resolving the issues in dispute.

For all the foregoing reasons, the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization respectfully request that the Court grant their motion for a 45-day extension of time to respond to Plaintiffs' Amended Complaint by May 1, 2008 and a 45-day extension of time to respond to Plaintiffs' Motion for Partial Summary Judgment by May 8, 2008.

Dated:  March 18, 2008                                              Respectfully submitted,

**WHITE & CASE** LLP

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Francis A. Vasquez, Jr.(D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

*Substitute Counsel for Defendants the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization*