UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARIN GERTRUDE HARRIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRYA, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 1:06-cv-00732-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), Arman Dabiri, hereby withdraws his appearance on behalf of the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization (collectively the "Libyan State Defendants") in the above-captioned case. The Libyan State Defendants indicate their consent to this withdrawal by the signature below of their authorized representative for the purposes of this Notice.

Dated: March 27, 2008

Respectfully submitted,

//s// Arman Dabiri
Arman Dabiri (D.C. Bar. # 563351)
Law Offices of Arman Dabiri & Associates,
P.L.L.C.
1725 I St., N.W.
Suite 300
Washington, DC 20006
Tel.: (202) 349-3893
E-mail: armandab@worldnet.att.net

Consented to by:

_____

Ahmed A. Elmssallati, Counselor
Chairman of Litigation Department
The People's Bureau of the Great Socialist
People's Libyan Arab Jamahiriya on behalf
Defendants the Socialist People's Libyan Arab
Jamahiriya and the Jamahiriya Security
Organization

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, a copy of the foregoing Notice of Withdrawal was served upon the following parties via the Electronic Case Filing ("ECF") system:

Steven R. Perles
The Perles Law Firm, PC
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036

*Counsel for Plaintiffs*

//s// Arman Dabiri