**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Katherine Harris, | : | |
| | : | |
| et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| | : | CV 06-0732 (RWR) |
| v. | : | |
| | : | |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : | |
| | : | |
| et al. | : | |
| Defendants | : | |
| _____ | : | |

**ORDER**

Upon the Renewed Motion of Defendants to Enlarge Times to Respond and Plaintiffs' Opposition thereto, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is denied.

_____
**RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**