## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARIN GERTRUDE HARRIS, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-cv-00732-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

### ORDER

Having reviewed and considered Plaintiffs' Motion for Partial Summary Judgment as to Liability, memorandum and exhibits in support thereof and in view of the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization's opposition thereto, and the entire record herein, it is hereby

**ORDERED**, that Plaintiffs' Motion for Partial Summary Judgment as to Liability is **DENIED**.

**SO ORDERED** this _____ day of _____, 2008.

RICHARD W. ROBERTS
United States District Judge