**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| KARIN GERTRUDE HARRIS, *et al.*, | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | 1:06-cv-00732-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

## **ORDER**

Having reviewed and considered Plaintiffs' Motion to Strike Defendants' Recent Filings as Untimely and in view of the Libyan State Defendants' opposition thereto, it is hereby

ORDERED, that Plaintiffs' Motion to Strike is DENIED.

SO ORDERED this ____ day of _____, 2008.

_____
Richard W. Roberts
United States District Judge