**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Katherine Harris, | : | |
| et al., | : | |
|     Plaintiffs | : | |
| | : | CV 06-0732 (RWR) |
| v. | : | |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : | |
| et al. | : | |
|     Defendants | : | |

**ORDER**

Upon the Unopposed Motion of Plaintiffs for an Extension of Time to File, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is GRANTED, Plaintiffs' Opposition to Defendants' Motion to Dismiss is now due on or before May 16, 2008.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**