**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Katherine Harris, et al., <br><br> Plaintiffs <br><br> v. <br><br> SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) et al. <br><br> Defendants | : <br> : <br> : <br> : <br> : CV 06-0732 (RWR) <br> : <br> : <br> : <br> : <br> : |

## REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs hereby withdraw their Motion for Partial Summary Judgment, without prejudice to their right to refile a motion for summary judgment pending the outcome of Libya challenge to subject matter jurisdiction.

In Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment, they argue that the Motion for Partial Summary Judgment is untimely as subject matter jurisdiction has not yet been resolved by the Court. (Opp. at 2-4). At the time Plaintiffs filed their Motion for Partial Summary Judgment, Libya had not made any challenges to the subject matter jurisdiction of the Court that had not been rejected numerous times prior by courts in this circuit in other cases for acts of Libyan state-sponsored terrorism. As Libya has now raised further challenges to the Court's subject matter jurisdiction under 28 U.S.C. § 1605A in its Motion to Dismiss, (Docket #45), Plaintiffs' Motion for Partial Summary Judgment should be withdrawn, without prejudice to their right to refile, pending the outcome of Libya's challenge to subject matter jurisdiction. Any arguments raised in Libya's opposition regarding the merits of Plaintiffs' claims under 28 U.S.C. § 1605A,

(Opp. at 27-29), therefore are not ripe prior to the resolution of the issue of subject matter jurisdiction. *In re Papandreou*, 139 F.3d 247, 254-55 (D.C. Cir. 1988); *Phoenix Consulting, Inc. v. Republic of Angola*, 216 F.3d 36, 39 (D.C. Cir. 2000).

Wherefore, Plaintiffs respectfully request that the Court enter an order allowing them to withdraw their Motion for Partial Summary Judgment, without prejudice to their right to refile a motion for summary judgment pending the outcome of Libya challenge to subject matter jurisdiction.

Dated:  May 5, 2007                                     Respectfully submitted,

**/s/ Steven R. Perles**
Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW, Fifth Floor
Washington, DC  20036
Telephone:  202-955-9055
Telefax:  202-955-3806

Counsel for Plaintiffs