**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Katherine Harris, | : | |
| | : | |
| et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| | : | CV 06-0732 (RWR) |
| v. | : | |
| | : | |
| SOCIALIST PEOPLE'S LIBYAN | : | |
| ARAB JAMAHIRIYA (Libya) | : | |
| | : | |
| et al. | : | |
| | : | |
| Defendants | : | |
| _____: | | |

**ORDER**

Upon the Plaintiffs' Motion for Partial Summary Judgment and the Opposition and Reply thereto, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is withdrawn without prejudice to Plaintiffs' right to refile a motion for summary judgment pending the outcome of Libya challenge to subject matter jurisdiction.

_____

**RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**