**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Katherine Harris, : | |
| : | |
| et al., : | |
| : | |
| Plaintiffs : | |
| : | CV 06-0732 (RWR) |
| v. : | |
| : | |
| SOCIALIST PEOPLE'S LIBYAN : | |
| ARAB JAMAHIRIYA (Libya) : | |
| : | |
| et al. : | |
| Defendants : | |
| _____ : | |

**PLAINTIFFS' MOTION TO SUBMIT THE CASE TO MEDIATION**

Plaintiffs hereby move for the entry of an Order pursuant to Local Rule 84.4 referring the matter to Magistrate Judge Alan Kay for the purpose of mediation, without interruption of the current briefing schedule, and for the reasons set forth below. Plaintiffs have consulted counsel for Defendants and their counsel has instructed counsel for Plaintiffs to represent to the Court that they do not consent and will file an opposition to this motion.

Counsel for Plaintiffs has been advised by the United States Department of State that the Libyan Defendants are currently involved in discussions with the United States Department of State for the purpose of reaching a comprehensive settlement involving cases pending against Libya for acts of terrorism against United States citizens.[1] Referral of individual cases to mediation would help simplify the achievement of a comprehensive settlement. On that basis, two other cases for acts of Libyan state-sponsored terrorism have already been referred to Magistrate Judge Alan Kay for mediation. This case should also be

referred to Magistrate Judge Kay to maximize the efficient allocation of judicial resources and promote uniformity of settlement amounts.

Counsel for Plaintiffs in this case also represent the plaintiffs in <u>Buonocore v. Socialist People's Arab Jamahiriya</u>, 06-727 (GK) and <u>Certain Underwriters v. Socialist People's Arab Jamahiriya</u>, 06-731 (GK), which are two other cases against the Libyan Defendants for acts of state-sponsored terrorism.  On May 24, 2008 counsel for Plaintiffs made an appearance at a status conference before Judge Gladys Kessler of this Court for both <u>Buonocore</u> and <u>Certain Underwriters</u>.  Counsel for Plaintiffs had proposed to Judge Kessler in a previously filed praecipe that <u>Buonocore</u> and <u>Certain Underwriters</u> be sent to a magistrate judge for mediation, on the basis of the ongoing settlement negotiations between the State Department and Libya.  At the status conference, counsel for plaintiffs repeating their argument to Judge Kessler who entered into a discussion with counsel for Libya regarding the issue.

Judge Kessler requested information from counsel for Libya; who described the settlement negotiations and stated that while the proposal for mediation may be premature at this point, if so ordered Libya would attend any mediations sessions and negotiate in full and good faith.[2]  In response to this information, the court in both <u>Buonocore</u> and <u>Certain Underwriters</u> referred the case to Magistrate Judge Alan Kay for mediation or a settlement conference, without interruption to the briefing schedule for defendants' motions to dismiss.[3]

---

[1] Wall Street Journal website, http://online.wsj.com/article/SB120708876539881593.html?mod=googlenews_wsj  (last visited May 5, 2008).

[2] Counsel for Plaintiffs apologizes for his inability to refer the Court to a transcript of the status conference. Transcripts were ordered but they will not be ready until Tuesday May 6, 2008 at the earliest.

[3] Judge Kessler has also scheduled a status conference on May 15, 2008 in <u>Baker v. v. Socialist People's Arab Jamahiriya</u>, 03-749 (GK), where it is expected Judge Kessler, who has referred the other two cases on her docket for acts of Libyan state-sponsored terrorism will refer this third matter to Magistrate Judge Alan Kay for mediation as well.

According to information from the State Department and representations made by counsel for Libya at the <u>Buonocore</u> and <u>Certain Underwriters</u> status hearings and press reports, it is clear that Libya's goal is a comprehensive settlement that will resolve the most or all cases against it for past acts of terrorism against U.S. citizens.  Plaintiffs believe that referral of all pending cases against Libya to the same magistrate judge would allow the court system to take an active role in facilitating an orderly outcome that would benefit both parties, promote uniformity of settlement amounts and efficiently dispose of a large number of contentious cases currently on the court's docket.  If the outstanding cases against Libya could be reduced to finite quantum in court-facilitated mediation, this would aid any comprehensive settlement program.

The Plaintiffs propose that Magistrate Judge Kay be assigned to supervise any mediated settlement proceedings in this case, as Magistrate Judge Kay has already been assigned to two cases against Libya and will be most familiar with the issues.  Furthermore, as counsel for Libya stated to the <u>Buonocore</u> and <u>Certain Underwriters</u> court, Libya is seeking a comprehensive solution to the entire group of cases against it rather than a solution by piecemeal litigation and the referral of all cases to the same magistrate judge will only aid the facilitation of this goal.

Dated:  May 6, 2007                                             Respectfully submitted,


**/s/ Steven R. Perles**
Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW, Fifth Floor
Washington, DC  20036
Telephone:  202-955-9055
Telefax:  202-955-3806

Counsel for Plaintiffs