**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Katherine Harris, : | |
| et al., : | |
| Plaintiffs : | CV 06-0732 (RWR) |
| v. : | |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) : | |
| et al. : | |
| Defendants : | |

**ORDER**

Upon the Motion of Plaintiffs for Referral to Magistrate Judge Alan Kay for Mediation, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is GRANTED.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**