UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KARIN GERTRUDE HARRIS, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-cv-00732-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) ) | |

## NOTICE OF ERRATA

The Libyan State Defendants respectfully submit this Notice of Errata to correct typographical and technical errors to the Libyan State Defendants' Reply Memorandum in Support of Their Motion to Dismiss the Amended Complaint (Dkt. No. 55) filed on May 27, 2008. A corrected copy of the Reply Memorandum is attached hereto as Exhibit 1. Attached as Exhibit 2 is a black-line version of page 6, which shows a substantive correction to an editorial error, as it appears in the corrected Reply Memorandum.

Dated: June 17, 2008                    Respectfully submitted,

**WHITE & CASE** LLP

/s/ Nicole E. Erb
Christopher M. Curran (D.C. Bar No. 408561)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel for the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization*