REFERRAL TO MAGISTRATE JUDGE

CATEGORY: B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>06-732 | DATE REFERRED:<br>6/30/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>ROBERTS | MAG. JUDGE<br>KAY |
| PLAINTIFF(S):<br>HARRIS | | DEFENDANT(S):<br>SOCIALIST PEOPLE | | |
| ENTRIES: | | | | |